1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )     No. CR-10-00673 JW
                                        )
11              Plaintiff,              )     [PROPOSED] ORDER TO CONTINUE
                                        )     STATUS HEARING
12   vs.                                )
                                        )
13   JULIO IBARES-ROQUE                 )
                                        )
14              Defendant.              )
     _____)

15

16          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

hearing previously set for Monday, April 18, 2011, at 1:30 p.m. shall be continued to Monday,

17

April 25, 2011 at 1:30 p.m.

18          It is further ordered that 7 days may be excluded from the calculation of the time within

19

which trial shall commence under the Speedy Trial Act, pursuant to Title 18, United States Code

20

Section 3161(h)(7)(A) and (h)(7)(B)(iv).

21

22

Dated: April 22 , 2011

23

24                                            _____
                                              HON. JAMES WARE
25                                            Chief United States District Judge

26